# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

STEVEN QUINN SINGLETON,

     Plaintiff,

   v.

FEDERAL BUREAU OF INVESTIGATION,

     Defendant.

Case No.  1:26-cv-01687-SAB

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DENYING MOTION TO USE CM/ECF

(ECF Nos. 2, 3)

Plaintiff Steven Quinn Singleton filed a complaint on March 2, 2026, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 and motion to use the CM/ECF system.

The Court has reviewed Plaintiff's application to proceed *in forma pauperis*.  (ECF No. 2.)  The application demonstrates that Plaintiff is entitled to proceed without prepayment of fees. Notwithstanding this order, the Court does not direct that service be undertaken until the Court screens the complaint and issues its screening order.

Plaintiff also seeks permission to electronically file and receive documents through the CM/ECF system.  (ECF No. 3.)  Pursuant to the Local Rules, a party appearing pro se may request an exception to the paper filing requirement by motion.  L.R. 133(b)(2), (3).  Upon review of the pleadings and the instant motion, the Court finds that this action does not warrant an exception to the Local Rule.

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's application to proceed *in forma pauperis* (ECF No. 2) is GRANTED;

2. **Service shall not be undertaken until the Court screens the complaint in due course and issues its screening order**; and

3. Plaintiff's motion for leave to use the CM/ECF (ECF No. 3) is DENIED.

IT IS SO ORDERED.

Dated:   **March 3, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2